Submitted on the petition and record November 12, 1992, petition for review allowed; decision of the Court of Appeals and judgment of the district court affirmed June 10, 1993

STATE OF OREGON,
*Respondent on Review,*

*v.*

BOBBY CLYDE DAVIS,
*Petitioner on Review.*

(DC P195859; CA A67503; SC S39696)

852 P2d 831

Mary M. Reese, Deputy Public Defender, Salem, filed the petition for petitioner on review. With her on the petition was Sally L. Avera, Public Defender, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals and the judgment of the district court are affirmed. *State v. Trenary*, 316 Or 172, 850 P2d 356 (1993).